# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DANIEL WILLIAMS,

                Plaintiff,

-against-                          19 **CIVIL** 5200 (RA)

## **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
CORRECTION, *et al.*,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 5, 2021, the motion to dismiss is thus granted; accordingly, this case is closed.

**Dated:**  New York, New York
         March 5, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                           **BY:**
                                                   **Deputy Clerk**